FILED

MAY 1 4 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5:26 CR 0 0 2 3 3** |
| v. | ) | |
| | ) | CASE NO._____ |
| WILLIAM MITCHELL, | ) | Title 18, United States Code, |
| | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |

**JUDGE CALABRESE**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about October 28, 2025, in the Northern District of Ohio, Eastern Division, Defendant WILLIAM MITCHELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, in case number CR-2019-06-2154, in the Summit County Court of Common Pleas, on or about February 12, 2020, knowingly possessed in and affecting interstate commerce, a firearm, to wit: a HiPoint C9, 9 mm caliber, serial number P1769639 and ammunition, said ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is

incorporated herein by reference.  As a result of the foregoing offense, Defendant WILLIAM MITCHELL shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.